**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| GIVEMETHEVIN, LLC<br>*Plaintiff,*<br>v.<br><br>DUPONT REGISTRY CONNECT LLC, DUPONT PUBLISHING INC., MICHAEL CHAD CUNNINGHAM A/K/A CHAD CUNNINGHAM, and JASON ANDREW POTTER A/K/A JASON POTTER<br><br>*Defendants*. | Civil Action No.: 4:24-cv-737 |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Givemethevin, LLC and Defendants duPont Registry Connect LLC, duPont Publishing Inc., Michael Chad Cunningham A/K/A Chad Cunningham, and Jason Andrew Potter A/K/A Jason Potter (collectively, the "Parties") file this Agreed Stipulation of Dismissal with Prejudice, and would respectfully show the Court as follows:

All matters between the Parties have been fully settled. Accordingly, the Parties now request that this matter, including all claims that have been and/or could have been asserted in this matter, be dismissed in its entirety with prejudice to the re-filing of same.

The Parties further request that the Court order the Clerk of the Court to return to Bruner & Bruner, P.C., counsel for Plaintiff, the $5000.00 cash deposited by such counsel in lieu of bond pursuant to the Court's Order (ECF No. 30).

Respectfully submitted,

/s/ *Bryan D. Bruner*
Bryan D. Bruner
State Bar No. 03252475
bbruner@brunerpc.com
Lynne B. Frank
State Bar No. 24087215
lfrank@brunerpc.com
BRUNER & BRUNER, PC
3700 W. 7th Street
Fort Worth, Texas 76107-2536
Tel.: (817) 332-6633
Fax: (817) 332-6619

H. Dustin Fillmore III
State Bar No. 06996010
dusty@fillmorefirm.com
Charles W. Fillmore
State Bar No. 00785861
chad@fillmorefirm.com
THE FILLMORE LAW FIRM, LLP
201 Main Street, Suite 700
Fort Worth, Texas 76102
Tel.: (817) 332-2351
Fax: (817) 870-1859

**ATTORNEYS FOR PLAINTIFF GIVEMETHEVIN, LLC**

/s/ *Michelle P. Scheffler*
Michelle P. Scheffler
State Bar No. 24049713
michelle.scheffler@skadden.com
Noelle M. Reed
State Bar No. 24044211
noelle.reed@skadden.com
Daniel S. Mayerfeld
State Bar No. 24076136
daniel.mayerfeld@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Tel.: (713) 655-5130
Fax: (713) 483-9130

Ralph H. Duggins
State Bar No. 06183700
rduggins@canteyhanger.com
Katharine R. Hancock
khancock@canteyhanger.com
State Bar No. 24106048
CANTEY HANGER LLP
600 W. 6th Street, Suite 300
Fort Worth, Texas 76102
Tel.: (817) 877-2824
Fax: (817) 877-2807

**ATTORNEYS FOR DEFENDANTS DUPONT REGISTRY CONNECT, LLC, DUPONT PUBLISHING INC., MICHAEL "CHAD" CUNNINGHAM, AND JASON ANDREW POTTER**

**CERTIFICATE OF SERVICE**

In accordance with the FEDERAL RULES OF CIVIL PROCEDURE, on March 31, 2025 a true and correct copy of the above and foregoing instrument was served ***via electronic service*** upon all counsel of record.

/s/ *Lynne B. Frank*
Lynne B. Frank