UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**GIVEMETHEVIN, LLC,**

Plaintiff,

v. **No. 4:24-cv-00737-P**

**DUPONT REGISTRY CONNECT LLC, ET AL.,**

Defendants.

**FINAL JUDGMENT**

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Parties' Agreed Stipulation of Dismissal with Prejudice (ECF No. 85), this case is **DISMISSED with prejudice**.

The Clerk of the Court shall transmit a true copy of this judgment to the Parties. Additionally, the Clerk of the Court shall return to Bruner & Bruner, P.C., counsel for Plaintiff, the **$5,000** cash deposited by counsel in lieu of bond pursuant to this Court's previous Order (ECF No. 30).

**SO ORDERED** on this **4th day of April 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE